FILED
January 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003213837

Christine V. Galves - SBN 192044
Angel Law of Sacramento
1007 7th Street., Suite 500
Sacramento, CA 95814

Ph: 916-492-1900

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SEAN CHRISTOPHER VAN KOTEN<br><br>MARISSA RAE VAN KOTEN<br><br>dba, STYLED BY MARISSA<br>Debtors' | Case No. 10-54081<br>Hearing Date: March 7, 2011<br>Hearing Time: 10:00<br>Courtroom 28 - Dept. A<br>The Honorable Michael S McManus<br>Docket Control No.: CVG-01 |

## MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS' BUSINESS

Christine V. Galves of Angel Law of Sacramento, on behalf of SEAN CHRISTOPHER VAN KOTEN and MARISSA RAE VAN KOTEN, the Debtors herein, hereby moves this Court for an Order Compelling Abandonment of the Estate's interest in the Debtors' Business. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on December 30, 2010. Thomas Aceituno was duly appointed to serve as Trustee.

2. As shown in the filed schedules of this case, the Debtors operate a business called STYLED BY MARISSA (herein after "BUSINESS"). Said business is located at 2631 El Paso Lane, Sacramento, CA 95821.

3. The Debtors' tools of the trade, equipment, accounts receivable (if any) and other business-related assets (hereinafter, "BUSINESS ASSETS") have been disclosed in detail in the filed Schedule B (see exhibit #1 attached hereto). The business assets in

this case consist of tools of the trade. The Debtors have placed values on these assets in the aggregate total of $1,000.00.

4. As shown in Schedule C (see exhibit #1 attached hereto), the Debtors have claimed exemptions totaling $1,000.00 against the values of the BUSINESS ASSETS.

5. In summary

| | |
|---|---|
| Gross value of BUSINESS ASSETS | $1,000.00 |
| Liens against the BUSINESS ASSETS | $0.00 |
| Gross Equity | $1,000.00 |
| Exemptions claimed on the BUSINESS ASSETS | -$1,000.00 |
| Net value of BUSINESS ASSETS to the estate | $0.00 |

6. The Debtors assert that there does not appear to be any business equipment or inventory that can be profitably liquidated by the Trustee over and above (a) the liens, if any, in Schedule D attaching to the business-related assets and (b) the exemptions, if any, in Schedule C claimed by the Debtors.

7. As of the date of this motion, the Debtors assert that they have added the trustee, Thomas A. Aceituno, as an additional insured on any insurance policy associated with the business.

8. The Debtors are aware that, under the provisions of Title 11, US Codes §721, only the Trustee has the authority to operate the Debtors' business; and then, only with an order of the Court. Otherwise, the Trustee is obliged to shut down the business or abandon the estate's interest in the business.

9. Federal Rule of Bankruptcy Proceeding 6007(b) permits a party in interest, including the Debtors, to file a motion seeking to compel the Trustee to abandon property of the estate.

Wherefore, the Debtors move this Court to issue an Order Compelling the Trustee to Abandon the Estate's Interest in the Debtors' Business.

### CERTIFICATION

I, Christine V. Galves, hereby certify under penalty of perjury that I have read the foregoing Motion for Order Compelling Abandonment Of The Estate's Interest In Debtors' Business. I further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed on January 17, 2011 at Sacramento, CA.

/s/Christine V. Galves, Esq.
Christine V. Galves, Esq.
Angel Law of Sacramento
1007 7Th St., Suite 500
Sacramento, CA 95814